IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | ) | In Proceedings Under |
| | ) | Chapter 13 |
| KENNETH LOHMAN | ) | |
| DARLENE LOHMAN, | ) | |
| | ) | No.  19-40060 |
| Debtors. | ) | |

**ORDER**

THIS cause comes before the Court *Sua sponte*. The Trustee filed an Objection to the Notice of Post-petition Mortgage Fees and Expenses of Caliber Home Loans, Inc. on August 1, 2019 (Doc. #34).  Caliber Home Loans, Inc. filed an Amended Notice on August 8, 2019.

WHEREFORE IT IS HEREBY ORDERED that the Trustee's Objection to the original Notice of Post-petition Mortgage Fees and Expenses (Doc.#34) is OVERRULED as MOOT. The hearing scheduled for September 9, 2019 is CANCELLED.

Counsel for the moving party shall serve a copy of this Order by mail to all interested parties who were not served electronically.

ENTERED: August 9, 2019

/s/ Laura K. Grandy
UNITED STATES BANKRUPTCY JUDGE/6